# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

ULISES PEREZ
  a/k/a "Erick Sanchez-Adams"
MATTHEW SHAVERS
 and
FREDDIE KNOWLES, III

                              /

SEALED
INDICTMENT

5:20cr10/MEW

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about November 1, 2019, and on or about January 31, 2020, in the Northern District of Florida and elsewhere, the defendants,

**ULISES PEREZ,**
a/k/a "Erick Sanchez-Adams,"
**MATTHEW SHAVERS,**
and
**FREDDIE KNOWLES, III,**

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and to possess with intent to distribute a controlled substance, and this offense involved 500 grams or more of a mixture

---

Returned in open court pursuant to Rule 6(f)

2/18/2020
Date

/s/ Hope Thai Cannon
United States Magistrate Judge

and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about January 24, 2020, in the Northern District of Florida and elsewhere, the defendant,

**ULISES PEREZ,**
**a/k/a "Erick Sanchez-Adams,"**

did knowingly and intentionally distribute a controlled substance, and this offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT THREE

On or about January 29, 2020, in the Northern District of Florida and elsewhere, the defendant,

**MATTHEW SHAVERS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 500 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FOUR

On or about January 31, 2020, in the Northern District of Florida and elsewhere, the defendant,

**FREDDIE KNOWLES, III,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FIVE

On or about January 31, 2020, in the Northern District of Florida, the defendant,

**FREDDIE KNOWLES, III,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. On or about June 4, 2015, **FREDDIE KNOWLES, III,** was convicted in the State of Florida of Possession of Amphetamine and Possession of Methamphetamine.

2. For this crime, **FREDDIE KNOWLES, III,** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **FREDDIE KNOWLES, III,** did knowingly possess a firearm, to wit, a Winchester 12 gauge shotgun; a Remington 12 gauge shotgun; a Rogue .22 caliber rifle; a Glock .40 caliber pistol; a Raven Arms .25 caliber pistol; a Taurus 9mm pistol; a Savage 30-06 caliber rifle; and a New England Firearms 20 gauge shotgun.

4. These firearms had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One, Two, Three, and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of

4

alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violations alleged in Counts One, Two, Three, and Four, punishable by imprisonment for more than one year, the defendants,

**ULISES PEREZ,**
**a/k/a "Erick Sanchez-Adams,"**
**MATTHEW SHAVERS,**
**and**
**FREDDIE KNOWLES, III,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

A. Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violations.

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third person;

    iii. has been placed beyond the jurisdiction of this Court;

    iv. has been substantially diminished in value; or

  v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Count Five of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

## FREDDIE KNOWLES, III,

knowingly committed the violation set forth in Count Five of this Indictment, any and all interest that this defendant has in the firearms involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

_____
FOREPERSON

_____
LAWRENCE KEEFE
United States Attorney

02-18-2020
DATE

_____
MICHELLE DAFFIN
Assistant United States Attorney