IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.

CASE NO.5:20-cr-00010-MW-MJF-3

FREDDIE KNOWLES III,

    Defendant.

## SENTENCING MEMORANDUM

DEFENDANT FREDDIE KNOWLES III, (hereinafter "Defendant" or "Mr. Knowles"), by and through undersigned counsel, respectfully requests this Court impose a reasonable sentence which is sufficient but not greater than is necessary to comply with the goals of sentencing established in Title 18 U.S.C. § 3553(a). *See*, generally, *Gall v. United States*, 552 U.S. 38 (2007), and *Rita v. United States*, 551 U.S. 38 (2007). Mr. Knowles' case is currently scheduled for Sentencing, Thursday, September 10, 2020. The Final Presentence Investigation Report [DOC.91] was issued on September 1, 2020. Mr. Knowles has filed no objections to the PSR calculation of the Sentencing Guidelines range which reflect a Base Offense Level of 31 and a Criminal History III, for a recommended range of 135 months to 168 months (DOC.108). However, Mr. Knowles also is subject to a minimum mandatory of ten

(10) years (120 months), on Counts I, IV and V [DOC.107]. This Court has received and granted a motion for substantial assistance from the Government.

Freddie Knowles III is a hard working, 58-year-old man whose life has been riddled with behavioral lapses due to a drug-abuse problem he has never overcome.

This Court must impose a sentence which balances the need to uphold laws which Defendant has repeatedly violated with a recommendation that treatment he could be a changed and better man. He asks this Court to recommend or perhaps order drug rehabilitation for him. This is his last opportunity to change the rest of his life.

His mother was a deeply religious and respected member of her church, St. Dominic Catholic Church in Panama City. She died with her son, Freddie, and her grandson, Freddie Knowles IV, in prison and unable to say goodbye, or even attend her funeral and pay their last respects. His father's side of the family has lived in the West Bay Area of Panama City for 140 years. He is married to Pam and she supports his resolve to change his life.

This is his first federal conviction and hopefully his last conviction. He provided timely cooperation, accepted full responsibility for his criminal actions and always is a working man. He is seeking a sentence long enough to provide him with

meaningful drug treatment, but short enough to give him a new start for the remainder of his life.

I HEREBY CERTIFY that on September 4, 2020, the foregoing Sentencing Memorandum was electronically filed using the CM/ECF System which will send Notice of Electronic Filing to Assistant United States Attorney Michelle K. Spaven and there are no other ECF participants.

                                        Respectfully submitted,

                                        /s Gary Lee Printy
                                        GARY LEE PRINTY
                                        FL BAR ID NO. 363014
                                        1804 Miccosukee Commons Dr., Ste. 200
                                        Tallahassee, Florida 32308-5471
                                        Telephone: (850) 877-7299
                                        FAX: (850) 877-2211
                                        Email: attygaryprinty@gmail.com

                                        Attorney for Defendant,
                                        FREDDIE KNOWLES III

Copy furnished to:
Laura M. Laird, U.S. Probation Officer