IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case No.  5:20-cr-10-MEW

ULISES PEREZ
 a/k/a "Erick Sanchez-Adams"
MATTHEW SHAVERS
 and
FREDDIE KNOWLES, III
_____/

## NOTICE OF COMPLETED ADMINISTRATIVE FORFEITURE

On February 18, 2020, defendants, Ulises Perez, Matthew Shavers, and Freddie Knowles, III, were indicted in a five-count Indictment. (ECF Doc. 7). Included in the Indictment were a Winchester 12 gauge shotgun, a Remington 12 gauge shotgun, a Rogue .22 caliber rifle, a Glock .40 pistol, a Raven Arms .25 caliber pistol, a Taurus 9mm pistol, a Savage 30-06 caliber rifle, and a New England Firearms 20 gauge shotgun.

At this time, the Bureau of Alcohol, Tobacco, Firearms and Explosives has completed the administrative forfeiture of the firearms listed in the Indictment and no judicial forfeiture proceedings are necessary in the above- criminal matter.

Dated this 5th day of October, 2021.

>Respectfully submitted,
>
>JASON R. COODY
>Acting United States Attorney
>
>***/s/Michelle Spaven***
>MICHELLE SPAVEN
>Assistant United States Attorney
>Florida Bar No.:  0640761
>Northern District of Florida
>30 West Government Street
>Panama City, FL 32401
>(850) 785-3495